RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gary Anderson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY ANDERSON,<br><br>Defendant. | Case No. 2:18-CR-085-JCM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Gary Anderson, that the Sentencing Hearing currently scheduled on July 19, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. New counsel has taken over defendant's case and additional time is needed to review the Presentencing Report with Mr. Anderson.

2. Counsel also needs additional time to review the report and address any issues informally with the probation office prior to filing a sentencing memorandum.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 10th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By _/s/ Heidi Ojeda_<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By _/s/ Christopher Burton_<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

///

///

///

///

///

///

///

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY ANDERSON,<br><br>    Defendant. | Case No. 2:18-CR-085-JCM<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 19, 2018 at 10:00 a.m., be vacated and continued to **August 7, 2018 at 10:30 a.m.**

    DATED July 11, 2018.

    */s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE