RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gary Anderson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00085-JCM-CWH |
| Plaintiff, | **STIPULATION TO VACATE RESTITUTION HEARING** |
| v. | |
| GARY ANDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Gary Anderson, that the Restitution Hearing currently scheduled on November 2, 2018 at 10:00 am, be vacated.

This Stipulation is entered into for the following reasons:

1.    Pursuant to the terms of the plea agreement, defendant agreed to pay $3,000 in restitution for each identified victim. The government has provided sufficient information to support restitution payments for 3 victims in this case.

2. The parties therefore request that the court vacate the restitution hearing set for November 2, 2018, and order restitution in the amount of $9,000 to the individuals identified in the attached restitution list.

3. Further, because the judgment in this case has not issued, the BOP has not designated Mr. Anderson. The parties jointly request that the court extend Mr. Anderson's self-surrender date to January 11, 2019. This will allow the BOP sufficient time to designate him and for Mr. Anderson to make all the necessary arrangements once designated.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

DATED this 1st day of November, 2018.


RENE L. VALLADARES                        DAYLE ELIESON
Federal Public Defender                   United States Attorney


    */s/ Heidi Ojeda*                          */s/ Christopher Burton*
By_____              By_____
HEIDI OJEDA                               CHRISTOPHER BURTON
Assistant Federal Public Defender         Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00085-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| GARY ANDERSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Gary Anderson shall pay restitution in the amount of $3,000 per victim, for a total of $9,000.

IT IS FURTHER ORDERED that the restitution hearing currently scheduled for November 2, 2018 at 10:00 a.m., be vacated.

IT IS FURTHER ORDERED that the self-surrender date be continued to January 11, 2019.

DATED November 1, 2018.

UNITED STATES DISTRICT JUDGE

3